## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Stanbro v. Weber                                                                 Docket No.: 23-417

Lead Counsel of Record (name/firm) or Pro se Party (name): Michael H. Zhu/Rawle & Henderson, LLP

Appearance for (party/designation): Frank Weber defendant-appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
        Parties: _____
( ) Incorrect.   Please change the following parties' designations:
        Party                            Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:
Firm:
Address:
Telephone:_____     Fax:_____
Email:

## RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are:_____
(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: 23-347, 23-419

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: Michael H. Zhu
Type or Print Name: MICHAEL H. ZHU
        OR
Signature of pro se litigant: _____
Type or Print Name:
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.